## ORDER

PER CURIAM

**AND NOW**, this 14th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

**Bruce LEIBENSPERGER, Respondent**

v.

**CARPENTER TECHNOLOGIES, INC.**
t/a Carpenter Technology Corp.,
Petitioner

**No. 756 MAL 2016**

Supreme Court of Pennsylvania.

March 15, 2017

## ORDER

PER CURIAM

**AND NOW**, this 15th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Tyriek Leon THORNTON, Petitioner**

**No. 773 MAL 2016**

Supreme Court of Pennsylvania.

March 15, 2017

## ORDER

PER CURIAM

**AND NOW**, this 15th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

■

**Jenna Marie SCOTT, a minor BY AND THROUGH her guardian ad litem, Judith ALGEO, Esquire, Respondent**

v.

**LOWER BUCKS HOSPITAL, Amy L. Harvey, M.D., Mark D. Kuhn, M.D., Laura Castner, RN, Jo Ann Butrica, RN, and Mary (Boyle) Romolini, RN, Petitioners**

**Jenna Marie Scott, a minor by and through her guardian ad litem, Judith Algeo, Esquire, Respondent**

v.

**Lower Bucks Hospital, Amy L. Harvey, M.D., Mark D. Kuhn, M.D., Laura Castner, RN, Jo Ann Butrica, RN, and Mary (Boyle) Romolini, RN., Petitioners**

**No. 748 MAL 2016**
**No. 749 MAL 2016**

Supreme Court of Pennsylvania.

March 15, 2017

## ORDER

PER CURIAM

AND NOW, this 15th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.

Kevin DONALDSON, as Administrator of the Estate of Sarah C. Donaldson, Deceased and Kevin Donaldson, as Administrator of the Estate of Sarah C. Donaldson, on behalf of Michael Donaldson and Pamela Douglas, Natural Parents and Statutory Heirs of Decendent Sarah C. Donaldson

v.

DAVIDSON BROTHERS, INC., Michael R. Davidson, and George E. Donley

v.

LJF, Inc., and Wilbert Quade

Petition of: LJF, Inc.

No. 736 MAL 2016

Supreme Court of Pennsylvania.

March 15, 2017

## ORDER

PER CURIAM

AND NOW, this 15th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Jamar MATTHEWS, Petitioner

No. 462 EAL 2016

Supreme Court of Pennsylvania.

March 15, 2017

## ORDER

PER CURIAM

AND NOW, this 15th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

Thomas WILLIAMS, Administrator of the Estate of Gardenia Williams, Deceased, Petitioner

v.

PENN CENTER FOR REHABILITATION AND CARE and Hospital of the University of Pennsylvania and Trustees of the University of Pennsylvania and Manor Care of Yeadon, LLC and Manor Care Inc. d/b/a Manor Care Health Services, Respondents

No. 456 EAL 2016

Supreme Court of Pennsylvania.

March 15, 2017